# UNITED STATES DISTRICT COURT
## for the

|  |  |
|---|---|
| Gabriel Gideon <br> *Plaintiff(s)* <br><br> v. <br><br> Billy McCall <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. **25 CV - 4 5 0 JFH - JFJ**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Billy McCall
4740 Sunview Pl.
Bartlesville, OK 74006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gabriel Gideon
520 N. Quincy St.
Fredonia, KS 66737

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*    Heidi D. Campbell, Clerk

Date: AUG 2 6 2025

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the

Gabriel Gideon

_____
*Plaintiff(s)*

v.

Will Drake

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

25 CV - 4 5 0 JFH - JFJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Will Drake
420 S. Johnstone Ave #222
Bartlesville, OK 74003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gabriel Gideon
520 N. Quincy St.
Fredonia, KS 66737

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Heidi D. Campbell, Clerk

Date: AUG 2 6 2025

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the

Gabriel Gideon
_____
*Plaintiff(s)*

v.

City of Bartlesville
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

25 CV - 4 5 0 JFH - JFJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Bartlesville
Cathy Cramer, City Clerk
401 S Johnstone Ave
Bartlesville, OK 74003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gabriel Gideon
520 N. Quincy St.
Fredonia, KS 66737

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Heidi D. Campbell, Clerk

*CLERK OF COURT*

Date: AUG 2 6 2025 _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## for the

|  |  |
|---|---|
| Gabriel Gideon <br> _Plaintiff(s)_ <br><br> v. <br><br> Washington County, OK <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  25 CV - 4 5 0 JFH - JFJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Washington County, OK
Melissa Simmons, County Clerk
420 S Johnstone Ave
Bartlesville, OK 74003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gabriel Gideon
520 N. Quincy St.
Fredonia, KS 66737

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Heidi D. Campbell, Clerk

Date:  AUG 2 6 2025

_Signature of Clerk or Deputy Clerk_