AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-CV-00450-JFH-JHJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Bartlesville Clerk
was received by me on *(date)* 08/27/25.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Regina Mouser, who is designated by law to accept service of process on behalf of *(name of organization)* City of Bartlesville, Oklahoma on *(date)* 09/02/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/16/25

*Server's signature:* Reyna Robinson

*Printed name and title:* Reyna Robinson

*Server's address:* 203 Rajah Rd. Independence, KS 67301

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Bartlesville Clerk
Jason Muninger, Registered Agent
420 S. Johnstone Ave.
Bartlesville, OK 74003

9590 9402 9166 4225 1699 75

2. Article Number (Transfer from service label)

9 0710 5270 2007 5445 53

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Regina Mouser
☒ Agent
☐ Addressee

B. Received by (Printed Name): R Mouser
C. Date of Delivery: 9/2/25

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-CV-00450-JFH-JHJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Washington County Clerk
was received by me on *(date)* 08/27/25 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynn Hollinsworth , who is
designated by law to accept service of process on behalf of *(name of organization)* Washington County, Oklahoma on *(date)* 09/02/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/16/25

_____
Server's signature

Reyna Robinson
Printed name and title

203 Rajah Rd. Independence, KS 67301
Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lynn Hollinsworth_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): L. Hollinsworth    C. Date of Delivery: 9-2 |
| 1. Article Addressed to:<br><br>Washington County Clerk<br>Annette Smith, Registered Agent<br>420 S. Johnstone Ave. Room 100<br>Bartlesville, OK 74003 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| <br>9590 9402 9166 4225 1699 51 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>0710 5270 2007 5445 46 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt