IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

Gabriel Gideon,

Plaintiff,

v.

Officer Billy McCall, in his individual and official capacity, et al.,

Defendants.

Case No.: 25-cv-00450-JFH-JFJ

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT WASHINGTON COUNTY, OKLAHOMA

Now comes Plaintiff, Gabriel Gideon, proceeding pro se, and pursuant to Federal Rule of Civil Procedure 55(a), respectfully requests that the Clerk of Court enter the default of Defendant Washington County, Oklahoma. In support thereof, Plaintiff states as follows:

1. Plaintiff filed his Complaint in this matter on August 26, 2025.

2. Defendant Washington County, Oklahoma, was served with a Summons and a copy of the Complaint on September 2, 2025. Proof of Service was filed with the Court on September 16th, 2025

3. Federal Rule of Civil Procedure 12(a)(1)(A)(i) requires a defendant to serve an answer or other responsive pleading within 21 days after being served with the summons and complaint.

4. As of the close of business on Tuesday, September 23, 2025, 21 days have passed since Defendant Washington County was served.

5. Defendant Washington County has failed to file an Answer, a Motion under Rule 12, or any other responsive pleading as required by the Federal Rules.

6. Defendant is not an infant, an incompetent person, or a member of the military servicemember entitled to protection under the Servicemembers Civil Relief Act (SCRA).

7. Therefore, Defendant Washington County is in default, and Plaintiff is entitled to an entry of default pursuant to Rule 55(a).

## Prayer For Relief

WHEREFORE, Plaintiff respectfully requests that the Clerk of the Court enter default against Defendant Washington County, Oklahoma, for its failure to plead or otherwise defend this action.

Respectfully submitted,

*[signature]*

Gabriel Gideon Plaintiff, Pro Se

520 N Quincy St, Fredonia, KS 66736

(620) 870-8675

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

## PROOF OF SERVICE

I, Gabriel Gideon, the Plaintiff in this action, declare under penalty of perjury that on this 24th day of September 2025, I served the following document:

**REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT WASHINGTON COUNTY, OKLAHOMA**

I served a copy of this document via first-class U.S. Mail, postage prepaid, to the following parties at their last known addresses, as no attorney has entered an appearance on their behalf in this case:

1. WASHINGTON COUNTY, OKLAHOMA c/o Washington County Clerk 420 S. Johnstone Ave., Room 101 Bartlesville, OK 74003

2. Michael Lee Carr on behalf of THE CITY OF BARTLESVILLE, OKLAHOMA , 2 W 2nd St #1100, Tulsa, OK 74103

3. Billy McCall, 4740 Sunview Place, Bartlesville, OK 74003

4. Will Drake, 420 S. Johnstone Ave., Bartlesville, OK 74003

I am a party to this action and am over the age of 18. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Gabriel Gideon Plaintiff, Pro Se