IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) GABRIEL GIDEON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-cv-450-JFH-JFJ |
| | ) |
| 1) OFFICER BILLY MCCALL, in his individual and official capacity; | ) |
| 2) DISTRICT ATTORNEY WILL DRAKE, in his individual and official capacity; | ) |
| 3) THE CITY OF BARTLESVILLE, OKLAHOMA, a municipal corporation; | ) |
| 4) WASHINGTON COUNTY, OKLAHOMA | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT WASHINGTON COUNTY'S UNOPPOSED
MOTION TO FILE RESPONSIVE PLEADING OUT OF TIME**

Defendant Washington County, Oklahoma, respectfully appears through undersigned Counsel and, pursuant to LCvR 7-1(g), submits its Unopposed Motion to File Responsive Pleading Out of Time. In support, Defendant would show the Court as follows:

1. Plaintiff, Gabriel Gideon, *pro se*, filed this action on August 26, 2025, asserting civil rights claims against the Defendants pursuant to 42 U.S.C. § 1983. (Dkt. 2). On September 16, 2025, Plaintiff filed a Proof of Service stating that Washington County was served on September 2, 2025, by virtue of service upon the Washington County Court Clerk. (Dkt. 9). Defendants did not file a responsive pleading by the due date of September 23, 2025, as a result of a misunderstanding as to who would be responding to the Complaint on behalf of Washington County.

2. The allegations pertaining to the County involve alleged conduct by the County's District Attorney, Will Drake, in his official capacity. (Dkt. 2). Plaintiff has sued the District Attorney in his individual and official capacity. (Dkt. 2).

3. Given the nature of the Plaintiff's claim, which involves allegations relating to the conduct of the District Attorney for Washington County, there was a misunderstanding as to whether the District Attorney would be responding to Plaintiff's claims on behalf of the County. A similar misunderstanding occurred with respect to the District Attorney, who believed that the County would be responding to the Complaint. It was solely this unintentional misunderstanding that led to a response not being timely filed to Plaintiff's Complaint.

4. On September 25, 2025, Counsel for Defendant spoke with Plaintiff, who is proceeding *pro se*. Plaintiff advised that he does not object to this Motion.

5. Counsel for Washington County prepared and submitted this Motion immediately upon being apprised of the case and after speaking with Plaintiff. Washington County submits this Motion solely in the interests of justice and not for any purpose of undue delay or prejudice. Washington County submits that granting leave to file a Responsive Pleading out of time in this case would not impact any scheduled trial or pending deadlines, and no such request for leave has previously been asserted by Washington County in this case.

6. Allowing Defendant to file a Responsive Pleading out of time would be consistent with and in furtherance of the goals and policies of federal procedural law, as well as justice. Federal procedural law disfavors judgments by default and has a strong policy in favor of allowing parties to be heard on the merits. *See Gomes v. Williams*, 420 F.2d 1364, 1366 (10th Cir. 1970) ("The preferred disposition of any case is upon its merits and not by default judgment."). "The law

favors the disposition of litigation on its merits. Dismissal is a harsh sanction and should be resorted to only in extreme cases." *Meeker v. Rizley*, 324 F.2d 269, 271–72 (10th Cir. 1963).

WHEREFORE, for these reasons, Defendant respectfully requests that the Court grant its Unopposed Motion to File Responsive Pleading Out of Time, and allow Defendant to file its Responsive Pleading within ten (10) days of the filing of this Court's Order granting leave.

Respectfully submitted,

s/ Chris J. Collins
Chris J. Collins, OBA No. 1800
Clark W. Crapster, OBA No. 22112
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile:  (405) 524-2078
Email: cjc@czwlaw.com;
cwc@czwlaw.com

***ATTORNEYS FOR DEFENDANT
WASHINGTON COUNTY***

### CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Gabriel Gideon, email at: gabrieltgideon@outlook.com
520 N. Quincy St.
Fredonia, KS 66736
***Plaintiff, pro se***

Justine Ellis, email at: Justine.ellis@mcafeetaft.com
Michael Lee Carr, email at: mike.carr@mcaffeetaft.com
McAfee & Taft
2 West 2nd Street, Suite 1100
Williams Center Tower II
Tulsa, OK 74103
***Attorneys for Defendant The City of Bartlesville, Oklahoma***

        s/ Chris J. Collins
        Chris J. Collins