IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:25-cv-450-JFH-JFJ<br>) |
| OFFICER BILLY MCCALL, in his individual and official capacity; DISTRICT ATTORNEY WILL DRAKE, in his individual and official capacity; THE CITY OF BARTLESVILLE, OKLAHOMA; and WASHINGTON COUNTY, OKLAHOMA, a political subdivision of the State of Oklahoma, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

The undersigned will make a recommendation on the motion for preliminary injunction (ECF No. 10) upon notice of the motion's being provided to opposing parties, and after opposing parties have had an opportunity to respond. The Court establishes the following briefing schedule. Defendants who have appeared shall file a response to the motion for preliminary injunction (ECF No. 10) no later than October 10, 2025. Plaintiff shall file replies, if desired, no later than October 17, 2025. Plaintiff shall provide notice of the status of service of process on the remaining two Defendants, Billy McCall and Will Drake, no later than October 6, 2025. The Court will set any other necessary briefing deadlines and a preliminary injunction hearing date, if necessary, at a later time.

SO ORDERED this 25th day of September, 2025.

*/s/ Jodi F. Jayne*
**JODI F. JAYNE, MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**