# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

Gabriel Gideon, Plaintiff

V.

Officer Billy McCall, et al., Defendants

Case No. 25-CV-450-JFH-JFJ

## PLAINTIFF STATUS UPDATE ON SERVICE OF REMAINING DEFENDANTS

Pursuant to the Court's Order on Motion for Preliminary Injunction (dkt. 20), Plaintiff submits this brief notice regarding the status of service on the remaining two defendants, Billy McCall and Will Drake, in their individual capacities.

1. The Complaint was filed on August 26, 2025.  Under Fed. R. Civ. P. 4(m), Plaintiffs have ninety (90) days— that being until November 24, 2025—to complete service.

2. Service has already been effected on the City of Bartlesville and Washington County defendants.  The remaining two defendants must be served personally, which entails the cost of professional service at their home or place of business.

3. Plaintiffs intend to effect personal service on Billy McCall and WIll Drake within the next two weeks, as soon as funds are available to pay the process-server fees. Plaintiff is an independent contractor and small business owner proceeding pro se. With that, I must budget carefully; spreading out these expenses ensures compliance with the Rules,

without incurring additional undue hardships.

4. The delay does not prejudice the Court or the parties. The City of Bartlesville and Washington County have already appeared and admitted that the District Attorney Will Drake was aware of this federal action when the County was served. Accordingly, both individuals have actual notice of the case even though formal personal service has not yet been completed.

In closing, Plaintiff remains in full compliance with Rule 4(m) and will file the executed returns of service promptly upon completion.

Respectfully submitted,

Gabriel Gideon (Pro Se Plaintiff)

Dated: October 6, 2025

520 N. Quincy St
Fredonia, KS
(620) 870 8675
gabrieltgideon@outlook.com