# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

Gabriel Gideon,

Plaintiff,

v.

Officer Billy McCall, et al.,

Defendants.

Case No.: 25-cv-00450-JFH-JFJ

## PROOF OF SERVICE

I, Gabriel Gideon, plaintiff proceeding pro se, hereby certify that on October 8th, 2025, I served the following documents upon all counsel of record and parties not yet represented by counsel, by depositing a true and correct copy in the United States Mail, postage prepaid, to the non-registered party at their known or last known addresses.

## DOCUMENTS SERVED

1. Plaintiff's Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) **(dkt. 25)**

2. Plaintiff's Status Update On Service of Remaining Defendants **(dkt. 24)**

3. Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction **(dkt. 21)**

4. Motion for Temporary Restraining Order and for Preliminary Injunction **(dkt. 10)**

## MANNER OF SERVICE

A true and correct copy of the above-listed documents was mailed via U.S. Mail to the following parties:

1. Billy McCall, 4740 Sunview Pl., Bartlesville, OK 74006
2. Will Drake, 2320 Jupiter Ct, Bartlesville, OK 74006
3. Lynn Hollinsworth, Clerk, Washington County, 420 S. Johnstone Ave, Bartlesville, OK 74003
4. Regina Mouser, Clerk, City of Bartlesville, 420 S. Johnstone Ave, Bartlesville, OK 74003

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*[signature]*

Gabriel Gideon, Plaintiff Pro Se

520 N QUINCY ST

FREDONIA, KS 66736

(620) 870-8675

gabrieltgideon@outlook.com