IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER BILLY MCCALL, in his )<br>individual and official capacity; )<br>DISTRICT ATTORNEY WILL DRAKE, )<br>in his individual and official capacity; )<br>THE CITY OF BARTLESVILLE, )<br>OKLAHOMA, a municipal corporation; )<br>WASHINGTON COUNTY, OKLAHOMA, )<br>)<br>Defendants. ) | Case No. 25-cv-450-JFH-JFJ |

## DEFENDANT WASHINGTON COUNTY'S RESPONSE TO
## PLAINTIFF'S BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION

Defendant Washington County, Oklahoma, respectfully appears through undersigned counsel and submits its Response to Plaintiff's Brief in Support of Preliminary Injunction [Dkt. 21]. In support, Defendant Washington County would show the Court as follows:

1. Plaintiff's request for preliminary injunction [Dkt. 21] seeks to enjoin Defendant Will Drake (District Attorney for Washington County) and the District Attorney's Office he oversees from participating in two criminal cases which have given rise to Plaintiff's instant civil lawsuit in this Court. The request also seeks an order mandating the appointment of a special prosecutor.

2. As fully set forth in Washington County's Motion to Dismiss [Dkt. 23], Plaintiff identifies "Washington County" as a Defendant solely because Plaintiff identifies Washington County as the employer of local District Attorney Will Drake. While the district attorneys and their offices in the State of Oklahoma commonly are referred to as the District Attorney for the local

county, the District Attorneys' Offices are officially known by districts established by the State of Oklahoma. For example, Will Drake is the District Attorney for the 11th District, which encompasses both Washington and Nowata Counties.

3. Plaintiff's requested preliminary injunction does not pertain specifically to Washington County. Plaintiff seeks injunction only against District Attorney Drake but seeks no injunctive relief as to Washington County.

4. As explained in Washington County's Motion to Dismiss [Dkt. 23], it is not a proper Defendant in this action and is not the employer of the District Attorney. Okla. Stat. tit. 19, § 4; *Arnold v. McClain*, 926 F.2d 963, 966 (10th Cir. 1991).

5. However, to the extent the Motion may be read to seek any injunctive relief against "Washington County," this Defendant, for the reasons set forth above and in the Motion to Dismiss, objects to the Court granting any relief or any part of Plaintiff's Brief in Support of Preliminary Injunction.

        Respectfully submitted,

        s/ Clark W. Crapster
        Chris J. Collins, OBA No. 1800
        Wellon B. Poe, OBA No. 12440
        Clark W. Crapster, OBA No. 22112
        COLLINS ZORN & WAGNER, PLLC
        429 N.E. 50th Street, Second Floor
        Oklahoma City, OK 73105
        Telephone: (405) 524-2070
        Facsimile: (405) 524-2078
        Email: cjc@czwlaw.com
                 wbp@czwlaw.com
                 cwc@czwlaw.com

        ***ATTORNEYS FOR DEFENDANT***
        ***WASHINGTON COUNTY***

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gabriel Gideon
520 N. Quincy Street
Fredonia, KS 66736

*Plaintiff, pro se*

Justine Ellis
Michael Lee Carr
McAfee & Taft
2 West 2nd Street, Suite 1100
Williams Center Tower II
Tulsa, OK 74103

*Attorneys for Defendant*
  *The City of Bartlesville, Oklahoma*

                                       s/ Clark W. Crapster
                                       Clark W. Crapster