# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

Gabriel Gideon,

Plaintiff,

v.

Officer Billy McCall, et al.,

Defendants.                                  Case No.: 25-cv-00450-JFH-JFJ

## Notice of Conventional Filing of Non-PDF

COMES NOW. Plaintiff Gabriel Gideon, pro se, and files this Notice of Conventional Filing. Pursuant to this Court's procedures and the Federal Rules of Civil Procedure, Plaintiff hereby submits the following item for filing, which is not in an electronic format suitable for ECF filing:

One (1) USB Flash Drive, labeled "Exhibit A to Plaintiff's Reply in Support of Preliminary Injunction."

This USB drive was mailed to the Clerk on October 14th, 2025, is expected to arrive as early as Friday, October 17th, 2025 and contains the complete, unedited, and Bates-labeled body-worn camera footage from Defendant Officer Billy McCall's worn body camera for the traffic stop occurring on August 28, 2023, which forms the factual basis for the allegations in the Complaint. Additional video does exist in Plaintiff's possession. The contents of this Exhibit are incorporated by reference into Plaintiff's Reply to County Response in Support of Preliminary Injunction and are submitted for the Court's review in consideration of that motion.

Gabriel Gideon, Plaintiff Pro Se
520 N QUINCY ST
FREDONIA, KS 66736
(620) 870-8675
gabrieltgideon@outlook.com