

FILED

OCT 17 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

Gabriel Gideon,

Plaintiff,

v.

Officer Billy McCall, et al.,

Defendants.

Case No.: 25-cv-00450-JFH-JFJ

### Notice of Conventional Filing of Non-PDF

COMES NOW Plaintiff Gabriel Gideon, pro se, and files this Notice of Conventional Filing.

Pursuant to this Court's procedures and the Federal Rules of Civil Procedure, Plaintiff hereby submits the following item for filing, which is not in an electronic format suitable for ECF filing:

One (1) USB Flash Drive, labeled "Exhibit A to Plaintiff's Reply in Support of Preliminary Injunction."

This USB drive was mailed to the Clerk on October 13th, 2025 and contains the complete, unedited, and Bates-labeled body-worn camera footage from Defendant Officer Billy McCall's worn body camera for the traffic stop occurring on August 28, 2023, which forms the factual basis for the allegations in the Complaint. Additional video does exist in Plaintiff's possession. The contents of this Exhibit are incorporated by reference into Plaintiff's Reply to County Response in Support of Preliminary Injunction and are submitted for the Court's review in consideration of that motion.

Gabriel Gideon, Plaintiff Pro Se
520 N QUINCY ST
FREDONIA, KS 66736
(620) 870-8675
gabrieltgideon@outlook.com

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

Gabriel Gideon,                                                Case No.: 25-cv-00450-JFH-JFJ

Plaintiff,

v.

Officer Billy McCall, et al.,

Defendants.

## PROOF OF SERVICE

I, Gabriel Gideon, plaintiff proceeding pro se, hereby certify that on October 13th, 2025, I served the following documents upon all counsel of record and parties not yet represented by counsel, by depositing a true and correct copy in the United States Mail, postage prepaid, to the non-registered party at their known or last known addresses.

## DOCUMENTS SERVED:

**"PLAINTIFF'S REPLY TO COUNTY'S ANSWER ON PRELIMINARY INJUNCTION"**

## MANNER OF SERVICE

A true and correct copy of the above-listed documents was mailed via U.S. Mail to the following parties:

1. Billy McCall, 4740 Sunview Pl., Bartlesville, OK 74006
2. Will Drake, 2320 Jupiter Ct, Bartlesville, OK 74006
3. Lynn Hollinsworth, Clerk, Washington County, 420 S. Johnstone Ave, Bartlesville, OK 74003

4. Regina Mouser, Clerk, City of Bartlesville, 420 S. Johnstone Ave, Bartlesville, OK 74003

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____

Gabriel Gideon, Plaintiff Pro Se

520 N QUINCY ST

FREDONIA, KS 66736

(620) 870-8675

gabrieltgideon@outlook.com

# ITEM NOT IMAGED

☐ CD/DVD
☒ FLASH DRIVE
☐ WALLET DRIVE
☐ OTHER: _____

The above referenced item has not been imaged and may be available at the Court Clerk's Office.

Exhibit A to Plaintiff's Reply in Support of Preliminary Injunction

Gabriel Gideon
520 N Quincy St
Fredonia, KS 66736

RECEIVED
OCT 17 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

ATTN: Clerk
United States District Court
Northern District of Oklahoma
333 W. Fourth St., Suite 411
Tulsa, Oklahoma 74103

Postmarked 10/14/2025
25CV450-JFH-JFJ
ML

7022 2410 0003 4772 8036

CERTIFIED MAIL

Retail
U.S. POSTAGE PAID
FCM LG ENV
INDEPENDENCE, KS 67301
OCT 14, 2025
$11.60
S2324K505819-05
RDC 99
74103