UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON,<br>Plaintiff,<br><br>v.<br><br>OFFICER BILLY MCCALL,<br> in his individual and official capacity,<br>DISTRICT ATTORNEY WILL DRAKE,<br>in his individual and official capacity,<br>CITY OF BARTLESVILLE,<br>a municipal corporation<br>WASHINGTON COUNTY,<br>a political subdivision of Oklahoma,<br>Defendants | Case No.:25-cv-00450 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED PLEADINGS**

Plaintiff, Gabriel Gideon, pro se, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 60(a) and the Court's inherent authority to correct clerical errors, for an Order granting leave to re-file certain documents in a corrected, text-searchable format.

In support of this Motion, Plaintiff states:

1. Plaintiff is a pro se litigant and, despite his best efforts, has encountered technical difficulties in the filing process. Certain documents filed by Plaintiff, specifically Docket Numbers 10, 13, 21, 24- 27, and 30-32 were inadvertently filed in a format that resulted in poor image quality, making them appear blurry, distorted, or difficult to read when viewed on the public docket.

2. The issues are purely technical and relate to the formatting, image resolution, and text legibility. **No changes to the substantive content, legal arguments, or context of these filings are requested or required.**

3. The current state of these documents hinders their utility for the Court, opposing counsel, and the public. Ensuring the record is clear and legible is in the interests of justice and judicial economy.

4. Plaintiff has since obtained access to better scanning equipment and software and is prepared to re-file corrected, text-searchable versions of these documents immediately upon the Court's grant of leave.

5. To grant Plaintiff leave to use "signature blocks" on the updated filings, in lieu of the requirement for a "wet signature", instead using its accepted digital equivalent by in the form of the the "/s/ Gabriel Gideon" convention, as the original documents were intended to and met this standard.

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to file corrected, text-searchable versions of Docket Numbers 10, 13, 21, 24- 27, and 30-32, nunc pro tunc to their original filing dates, to ensure the official record is clear and complete.

RESPECTFULLY SUBMITTED,

_____

Gabriel Gideon, *Pro Se Plaintiff*
520 N Quincy St., Fredonia, KS 66736
Tel: (620) 870-8675 Email: gabrieltgideon@outlook.com