IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 25-cv-450-JFH-JFJ |
| OFFICER BILLY MCCALL, in his individual and official capacity; DISTRICT ATTORNEY WILL DRAKE, in his individual and official capacity; THE CITY OF BARTLESVILLE, OKLAHOMA, a municipal corporation; WASHINGTON COUNTY, OKLAHOMA, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT WASHINGTON COUNTY'S MOTION TO STRIKE
PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Defendant Washington County, Oklahoma ("Defendant") respectfully appears through undersigned counsel and submits its Motion to Strike Plaintiff's Motion for Leave to Sur-Reply. [Dkt. 38]. In support, Defendant Washington County would show the Court as follows:

1. On October 24, 2025, Defendant filed its Reply to Plaintiff's Response to Defendant's Motion to Dismiss. On the same day, Plaintiff filed a Motion for Leave to File Sur-Reply, which included three pages of legal argument going well beyond the simple request to file a sur-reply. In reality, Plaintiff has filed his Sur-Reply as part of his Motion for Leave to File a Sur-Reply. Such a brief is improper under LCvR7-1.

2. Under LCvR7-1(f), reply briefs are allowed, but supplemental briefs, which are disfavored, may only be filed after the Court grants the party leave to do so.

3. Here, Plaintiff has filed a substantive Sur-Reply (or supplemental) brief as part of his Motion for Leave to do so, which is improper under LCvR7-1(f). For that reason, the Motion for Leave should be stricken.

WHEREFORE, for the following reasons, Defendant Washington County requests that the Court strike Plaintiff's Motion for Leave to File Sur-Reply, as it is in violation of LCvR7-1(f).

Respectfully submitted,

s/ Clark W. Crapster
Chris J. Collins, OBA No. 1800
Wellon B. Poe, OBA No. 12440
Clark W. Crapster, OBA No. 22112
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:  (405) 524-2070
Facsimile:  (405) 524-2078
Email:  cjc@czwlaw.com
wbp@czwlaw.com
cwc@czwlaw.com

***ATTORNEYS FOR DEFENDANT
WASHINGTON COUNTY***

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gabriel Gideon
520 N. Quincy Street
Fredonia, KS 66736

***Plaintiff, pro se***

Justine Ellis
Michael Lee Carr
McAfee & Taft
2 West 2nd Street, Suite 1100
Williams Center Tower II
Tulsa, OK 74103

***Attorneys for Defendant
  The City of Bartlesville, Oklahoma***

s/ Clark W. Crapster
Clark W. Crapster