IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICER BILLY MCCALLL, DISTRICT ATTORNEY WILL DRAKE, CITY OF BARTLESVILLE, OKLAHOMA, and WASHINGTON COUNTY, OKLAHOMA,<br><br>　　　　Defendants. | Case No.: 25-cv-450-JFH |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I enter my appearance as counsel in this case for: **Defendant District Attorney Will Drake, in his official capacity.** I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s Tabitha Haney*
　　　　　　　　　　　　　　　　　　**TABITHA HANEY, OBA#35626**
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Oklahoma Attorney General's Office
　　　　　　　　　　　　　　　　　　Litigation Division
　　　　　　　　　　　　　　　　　　313 NE 21st Street
　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73105
　　　　　　　　　　　　　　　　　　T: (405) 521-2951 | F: (405) 521-4518
　　　　　　　　　　　　　　　　　　*Counsel for Defendant District Attorney*
　　　　　　　　　　　　　　　　　　*Will Drake, in his official capacity*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of November 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail to the following, who is not an ECF participant:

Gabriel Gideon
520 N. Quincy St.
Fredonia, KS  6676

                                                */s Tabitha Haney*
                                                Tabith Haney