IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER BILLY MCCALLL, DISTRICT ATTORNEY WILL DRAKE, CITY OF BARTLESVILLE, OKLAHOMA*,* and WASHINGTON COUNTY, OKLAHOMA,<br><br>    Defendants. | **Case No.: 25-cv-450-JFH** |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I enter my appearance as counsel in this case for: **Defendant District Attorney Will Drake, in his official capacity.** I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

*/s Kevin McClure*
**KEVIN McCLURE, OBA#12767**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, Oklahoma 73105
T: (405) 521-2951 | F: (405) 521-4518
*Counsel for Defendant District Attorney*
*Will Drake, in his official capacity*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 7th day of November 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was sent via U.S. Mail to the following, who is not an ECF participant:

Gabriel Gideon
520 N. Quincy St.
Fredonia, KS 6676

                                            */s Kevin McClure*
                                            Kevin McClure