## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

GABRIEL GIDEON,

    Plaintiff,

v.

OFFICER BILLY MCCALL, DISTRICT ATTORNEY WILL DRAKE, CITY OF BARTLESVILLE, OKLAHOMA, and WASHINGTON COUNTY, OKLAHOMA,

    Defendants.

Case No.: 25-cv-450-JFH

## AFFIDAVIT OF WILLIAM DRAKE

STATE OF OKLAHOMA    )
                            ) ss
COUNTY OF OKLAHOMA  )

I WILLIAM DRAKE, the undersigned, being duly sworn, depose and state:

1. I am over the age of eighteen (18) years, and I am fully competent to make this affidavit.

2. The facts stated herein are within my personal knowledge and are true and correct.

3. I currently serve as the elected District Attorney for the 11th District in the counties of Washington and Nowata, Oklahoma, and took office January of 2023.

4. A Complaint and Summons was sent by certified mail to the District Attorney's Office of Washington County and signed for by the receptionist. I did not sign those documents and did not authorize anyone to accept service of process for me by signing for certified mail or otherwise.

5. I have no personal knowledge of any attempt of service in my individual capacity.

FURTHER AFFIANT SAYETH NOT.

                                    EXHIBIT 1

_____
William Drake

Subscribed and sworn to before me the undersigned Notary Public in and for the County of County, on this 7th day of November, 2025.



_____
Victoria Sayles

My Commission expires: 10-22-28

My Commission Number: 12010059

EXHIBIT 1