IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-cv-450-JFH-JFJ |
| | ) |
| OFFICER BILLY MCCALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT WASHINGTON COUNTY'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RULE 7.1 DISCLOSURES AND FOR RULING ON MOTION FOR MORE DEFINITE STATEMENT

Defendant Washington County, Oklahoma, respectfully appears through undersigned counsel and submits its Response to Plaintiff's "Motion to Compel Rule 7.1 Disclosures and for Ruling on Motion for More Definite Statement." [Dkt. 35]. Defendant Washington County would show the Court as follows:

1. Plaintiff's Motion, filed on October 20, 2025, seeks an order from this Court compelling Washington County to file a Corporate Disclosure Statement under LCvR 7.1-1. However, LCvR 7.1-1 specifically states that it applies only to "Nongovernmental Parties" in cases that are not diversity cases.

2. Thus, on the face of LCvR 7.1-1, the requirement for filing a Corporate Disclosure Statement in non-diversity cases would not apply to an Oklahoma County. Counties are inherently governmental bodies and therefore cannot qualify as nongovernmental entities under LCvR 7.1-1.

3. Additionally, under the Oklahoma Governmental Tort Claims Act, counties are treated the same as municipalities and are afforded immunity as governmental entities. Okla. Stat. tit. 51, §§ 152, 152.1. Therefore, it is impossible, under Oklahoma law, for counties to be considered nongovernmental entities.

4. For these reasons, the Corporate Disclosure Statement requirement in LCvR 7.1-1 is inapplicable to Washington County, and Plaintiff's request for an order compelling a Corporate Disclosure Statement from Washington County should be denied.

5. The other requests in Plaintiff's Motion [Dkt. 35] do not pertain to Washington County in any way, and pertain only to the City of Bartlesville. Therefore, no response is required by Washington County.

WHEREFORE, Defendant Washington County, Oklahoma, respectfully requests that the Court deny Plaintiff's request for an order compelling Washington County to file a Corporate Disclosure Statement, under LCvR 7.1-1.

Respectfully submitted,

 s/ Clark W. Crapster
Chris J. Collins, OBA No. 1800
Wellon B. Poe, OBA No. 12440
Clark W. Crapster, OBA No. 22112
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:   (405) 524-2070
Facsimile:   (405) 524-2078
Email:       cjc@czwlaw.com
             wbp@czwlaw.com
             cwc@czwlaw.com

***ATTORNEYS FOR DEFENDANT
WASHINGTON COUNTY***

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gabriel Gideon
520 N. Quincy Street
Fredonia, KS 66736

*Plaintiff, pro se*

Justine Ellis
Michael Lee Carr
McAfee & Taft
2 West 2nd Street, Suite 1100
Williams Center Tower II
Tulsa, OK 74103

*Attorneys for Defendant*
  *The City of Bartlesville, Oklahoma*

Kevin McClure
Tabitha Haney
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 N.E. 21st Street
Oklahoma City, OK 73105

*Attorneys for Defendant District Attorney*
*Will Drake*

                                                    s/ Clark W. Crapster
                                                    Clark W. Crapster