IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON,<br>Plaintiff,<br><br>v.<br><br>OFFICER BILLY MCCALL,<br>in his individual and official capacity,<br>DISTRICT ATTORNEY WILL DRAKE,<br>in his individual and official capacity,<br>CITY OF BARTLESVILLE,<br>a municipal corporation<br>WASHINGTON COUNTY,<br>a political subdivision of Oklahoma,<br>Defendants | Case No.:25-cv-00450 |

**PLAINTIFF'S NOTICE TO THE COURT AND ALL PARTIES REGARDING LEGAL STATUS AND OBJECTION TO DEFAMATORY STATEMENTS**

COMES NOW Plaintiff, Gabriel Gideon, and hereby provides notice to the Court and all parties of the following:

1. The Officer did not provide any "Triple I", nor did the State of Oklahoma ever provide any information to prove McCall's alleged discovery of this conviction.

2. Any and all references by any party or their counsel to Plaintiff as a "felon," "convicted felon," or any similar pejorative, without the legally required qualifier that any such status is VACATED, SET ASIDE, AND DISMISSED PURSUANT TO CALIFORNIA PENAL CODE § 1203.4, is factually incorrect and legally defamatory.

3. As documented in the record through correspondence with the District Attorney's office (see Emails with ADA Threadgill attached to Supplement for Preliminary Injunction), Plaintiff's prior conviction was granted relief under CA PC § 1203.4 in 2015. This means that in 2023, upon coming into contact with this group of Defendants, Plaintiff was not a felon. The Defendants know this. They choose to continue making this assertion. Upon such relief, California law states that the accused "shall thereafter be released from all penalties and disabilities resulting from the offense of which he or she has been convicted." The State of Oklahoma has had this information available to them for two years and persists anyway.

4. The continued misuse of this legally void status by Defendants, particularly in the context of this litigation, appears to be a deliberate tactic to prejudice the fact-finder and defame Plaintiff's character. It should be treated as such.

WHEREFORE, Plaintiff respectfully requests that the Court take judicial notice of his correct legal status and that all parties be ordered to cease and desist from making false and defamatory statements regarding a vacated conviction absent some measure of proof on their part.

RESPECTFULLY SUBMITTED,

_____

Gabriel Gideon, *Pro Se Plaintiff*
520 N Quincy St., Fredonia, KS 66736
Tel: (620) 870-8675 Email: gabrieltgideon@outlook.com