# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON,<br><br>                                              Plaintiff,<br>vs.<br><br>OFFICER BILLY MCCALL, in his individual and official capacity, DISTRICT ATTORNEY WILL DRAKE, in his individual and official capacity, THE CITY OF BARTLESVILLE, OKLAHOMA, a municipal corporation, WASHINGTON COUNTY, OKLAHOMA, a political subdivision of the State of Oklahoma,<br>                                             Defendant. | Case No.: 25-cv-450 |

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

<u>District Attorney Will Drake, in his official capacity</u>
*[enter name of party on the line above]*

who is a (check one)  ☐ PLAINTIFF  ☒ DEFENDANT  ☐ OTHER: _____

in this action, makes the following disclosures:

☒    There are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of the litigation other than those participating in the case.

**DATED** this <u> 18th </u> day of <u> November </u>, 20<u> 25 </u>.

|  |  |
|---:|:---|
| Signature: | /s/Tabitha Haney |
| Printed Name: | Tabitha Haney |
| Bar Number: | 35626 |
| Firm Name: | Office of the Attorney General |
| Address: | 313 NW 21st Street |
| City, State, Zip Code: | Oklahoma City, OK   73105 |
| Phone/Fax: | 405-521-2951/405-521-4518 |
| Email Address: | Tabitha.Haney@oag.ok.gov |

|                     |                                |
|--------------------:|--------------------------------|
| Signature:          | /s/Kevin McClure               |
| Printed Name:       | Kevin McClure                  |
| Bar Number:         | 12767                          |
| Firm Name:          | Office of the Attorney General |
| Address:            | 313 NW 21st Street             |
| City, State, Zip Code: | Oklahoma City, OK   73105   |
| Phone/Fax:          | 405-521-2951/405-521-4518      |
| Email Address:      | Kevin.McClure@oag.ok.gov       |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>November 18, 2025</u> (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):


I hereby certify that on <u>November 18, 2025</u> (Date), I served the same document by

☒ U.S. Postal Service      ☐ In Person Delivery

☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Gabriel Gideon
520 N. Quincy St.
Fredonia, KS   66736


                                          /s/Tabitha Haney
                                          Signature