Civil Action No. 25- CV - 00450

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BILLY MCCALL

was received by me on *(date)*          10/21/2025          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  "PARK"

_____ , a person of suitable age and discretion who resides there,

on *(date)*       11/05/2025       , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $      25.00      for travel and $      25.00      for services, for a total of $      50.00      .

I declare under penalty of perjury that this information is true.


Date:      11/05/2025

_____
*Tony W.*
*Server's signature*

TONY WILLIAMS
*Printed name and title*

321 3109 LN
NIOTAZE KS 67355

_____
*Server's address*

Additional information regarding attempted service, etc: