# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OKLAHOMA

GABRIEL GIDEON,  )
Plaintiff,  )
  )
v.  ) Case No.:25-cv-00450
  )
BILLY MCCALL, et al  )
Defendants,  )

## MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE

Comes now, the Plaintiff in the instant case, respectfully requesting the court allow additional time to *perfect* service on the State of Oklahoma. In support of this request, the Plaintiff affirms:

1. All four defendants have been served and have actual notice, three of which have appeared through counsel and answered the Complaint in one capacity or another;

2. All Parties who have appeared are awaiting rulings on various Motions and the appearance of Defendant Billy McCall, so no prejudice will come of the additional time if allowed;

3. The additional time moots the Defendant Drake's technical argument as to the Official Capacity, to allow the case to be heard on the merits of the complaint and opposing arguments.

4. Defendant Drake has intentionally confused the individual service on himself made at his place of employment, further suggested that Official service would

otherwise not be sufficient as it was performed, but then *argues* in favor of abstention. The argument alone should grant the court jurisdiction over *a party* to the case, who is submitting an affidavit to the Court. A party cannot simultaneously argue that the court lacks jurisdiction over them *and* ask the court to rule on or consider their motions in light of a substantive issue such as the *Younger* abstention doctrine. However, Plaintiff is more than willing to effectuate service in whatever form is necessary to remove all doubts and clear any need for further technical argument, thereby focusing this case solely on the merits.

## PRAYER FOR RELIEF

The Plaintiff respectfully requests for 14 additional days to perfect service on the State Of Oklahoma regarding Drake in his Official Capacity.

RESPECTFULLY SUBMITTED,

Gabriel Gideon, *Pro Se Plaintiff*
520 N Quincy St., Fredonia, KS 66736
Tel: (620) 870-8675 Email: gabrieltgideon@outlook.com