# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BILLY MCCALL, et al )<br>Defendants, ) | Case No.:25-cv-00450 |

## EMERGENCY SUPPLEMENT ON PRELIMINARY INJUNCTION

As of today, November 21, 2025, while this Court considers the Motion for Preliminary Injunction, Defendant ADA Veronica Threadgill—a key actor in the retaliatory conduct alleged in the Complaint—continues to file 'bail jumping' charges against defendants in Washington County. This is not the behavior of an office operating in good faith; it is evidence of a custom and practice of punitive charging that continues unabated and underscores the urgent need for this Court's intervention to halt the ongoing constitutional violations.

Today, the Defendants have responded by filing a new, retaliatory charge against the material witness in this case, see State Docket No. CF-2025-00301. This is a brazen act of witness intimidation and bad-faith prosecution that demonstrates the absolute necessity of *immediate federal intervention.* The state process is not just inadequate; it is being weaponized against this litigation.

Respectfully submitted,

Gabriel Gideon

520 N Quincy St,

Fredonia, KS 66736

(620) 870-8675