Civil Action No. 25-cv-00450

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WILL DRAKE, IN HIS OFFICIAL CAPACITY

was received by me on *(date)* 11/25/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I SENT THE DOCUMENTS TO THE OKLAHOMA ATTORNEY GENERAL VIA CERTIFIED MAIL TO THE ADDRESS PROVIDED "313 NE 21ST ST, OKLAHOMA CITY, OK 73105"

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/25/2025

*Server's signature*

REYNA ROBINSON
*Printed name and title*

203 RAJAH RD
INDEPENDENCE, KS 67301

*Server's address*

Additional information regarding attempted service, etc:

# USPS Domestic Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Oklahoma Attorney General
   313 N.E. 21st St.
   Oklahoma City, OK 73105

   9590 9402 9633 5121 7899 29

2. Article Number: 9589 0710 5270 3403 1998 80

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Emey Slaton* ☑ Agent ☐ Addressee

B. Received by (Printed Name):

C. Date of Delivery: 12-1-25

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

OKLAHOMA CITY OK 730
DEC 2025 PM 7 L

1775 ★ 2025

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9633 5121 7899 29

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Reyna Robinson
203 Rajah Rd.
Independence, KS 67301