# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON,<br>Plaintiff, | )<br>)<br>) |
| v. | )     Case No.:25-cv-00450<br>) |
| BILLY MCCALL, et al<br>Defendants, | )<br>)<br>) |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Gabriel Gideon respectfully requests that the Clerk of Court enter default against Defendant Billy McCall. In support of this request, Plaintiff states:

1. Defendant Billy McCall was served with the Summons and Complaint at his residence on November 5, 2025.

2. Proof of service was filed with the Court (Doc. 51).

3. Under FRCP 12(a)(1)(A)(i), a defendant must serve an answer or responsive motion within 21 days after being served. Defendant McCall's deadline to respond was November 26, 2025.

4. As of the date of this filing, Defendant McCall has not filed an answer, motion under Rule 12, or any other responsive pleading.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Billy McCall pursuant to FRCP 55(a).

Respectfully submitted,

Gabriel Gideon

520 N Quincy St,

Fredonia, KS 66736

(620) 870-8675