# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL GIDEON, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 25-cv-450-JFH-JFJ |
| OFFICER BILLY MCCALL, in his individual and official capacity, DISTRICT ATTORNEY WILL DRAKE, in his individual and official capacity, THE CITY OF BARTLESVILLE, OKLAHOMA, a municipal corporation, WASHINGTON COUNTY, OKLAHOMA, a political subdivision of the State of Oklahoma, | ) |
|       Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Michael L. Carr of McAfee & Taft A Professional Corporation ("McAfee & Taft") respectfully moves this Court for leave to withdraw Justine Ellis as counsel of record for Defendant The City of Bartlesville, Oklahoma. Good cause exists because Ms. Ellis is no longer with McAfee & Taft. Defendant will continue to be represented in this matter by Michael L. Carr of McAfee & Taft and will not be prejudiced by this withdrawal. Further, Defendant is aware of the undersigned's departure and has no objection to the requested withdrawal. Based on the foregoing, the undersigned requests that Ms. Ellis be permitted to withdraw as counsel of record for Defendant The City of Bartlesville, Oklahoma, and further requests the Court order the Clerk to terminate CM/ECF notices as to the undersigned. A proposed order is submitted herewith for the Court's convenience.

Respectfully submitted,

*s/ Michael L. Carr*
Michael L. Carr, OBA # 17805
MCAFEE & TAFT A PROFESSIONAL CORP.
Williams Center Tower II
2 West 2nd Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 587-0000
Facsimile: (918) 599-9317
mike.carr@mcafeetaft.com

**ATTORNEY FOR DEFENDANT
THE CITY OF BARTLESVILLE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

    Gabriel Gideon
     gabrieltgideon@outlook.com

    *Pro Se* **Plaintiff**

*s/ Michael L. Carr*