UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Gabriel Gideon,<br><br>                                  Plaintiff(s),<br><br>vs.<br><br>Billy McCall et al,<br><br>                                  Defendant(s). | Case No.:    25-cv-00450-JFH-JFJ<br><br>**CLERK'S ENTRY OF DEFAULT** |

    It appears from the files and records of this Court as of December 9, 2025, and the affidavit of Gabriel Gideon, that the defendant(s), Billy McCall against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

    Now, therefore, I, Heidi D. Campbell, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).

                                                            Heidi D. Campbell, Clerk of Court

                                                           s/C. Becker
                                                         By: C. Becker, Deputy Clerk