## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GABRIEL GIDEON,**<br>**Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No.:25-cv-00450** |
| | ) | |
| **BILLY MCCALL, et al** | ) | |
| **Defendants,** | ) | |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Gabriel Gideon respectfully requests that the Clerk of Court enter default against Defendant Billy McCall.

In support of this request, Plaintiff states:

1. Defendant McCall was properly served with the Summons and Complaint on November 5, 2025, at his residence.

2. Proof of service was filed with the Court (Doc. 51).

3. Under FRCP 12(a)(1)(A)(i), a defendant must serve an answer or responsive motion within 21 days after being served.

4. Defendant McCall's deadline to respond to the Complaint was November 26, 2025.

5. As of the date of this filing, December 10, 2025, Defendant Billy McCall has not filed an answer, motion under Rule 12, or any other responsive pleading.

6. Defendant McCall has not appeared in this action, has not filed any responsive pleading, and is not represented by counsel in this matter.

7. Plaintiff affirms that Defendant McCall is not currently in military service as defined by the Servicemembers Civil Relief Act.

8. Upon information and belief, Defendant McCall is not deployed, or on active duty with any branch of the United States Armed Forces, and is not otherwise covered by the Servicemembers Civil Relief Act

9. Plaintiff further states that, upon information and belief, Defendant McCall is an adult of sound mind, is not known to be incompetent, and is not otherwise legally incapable of defending this lawsuit.

10. Because Defendant Billy McCall "has failed to plead or otherwise defend" within the meaning of Fed. R. Civ. P. 55(a), the requested entry of default by the Clerk is necessary.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Billy McCall pursuant to FRCP 55(a).

Respectfully submitted,

Gabriel Gideon

520 N Quincy St,

Fredonia, KS 66736

(620) 870-8675