# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Gabriel Gideon,

Plaintiff(s),

vs.

Billy McCall, et al.,

Defendant(s).

Case No.:     25-cv-00450-JFH-JFJ

**CLERK'S ENTRY OF DEFAULT**

It appears from the files and records of this Court as of December 10, 2025, and the affidavit of  Gabriel Gideon, that the defendant(s), Billy McCall against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

Now, therefore, I, Heidi D. Campbell, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).

Heidi D. Campbell, Clerk of Court

s/D. Ambrosio

By: D. Ambrosio, Deputy Clerk