Civil Action No. 25-cv-00450

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WILL DRAKE

was received by me on *(date)* 11/25/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I SENT THE DOCUMENTS VIA CERTIFIED MAIL TO THE ADDRESS PROVIDED "2320 JUPITER CT, BARTLESVILLE, OK 74006"

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/25/2025

*Server's signature*

REYNA ROBINSON
*Printed name and title*

203 RAJAH RD
INDEPENDENCE, KS 67301

*Server's address*

Additional information regarding attempted service, etc:

The documents were returned to me via USPS on 12/21/25 marked as refused by addressee on 12/1/25.



SENDER: COMPLETE THIS S[ECTION]
- Complete items 1, 2, and 3.
- Print your name and address [on the reverse] so that we can return the card [to you].
- Attach this card to the back [of the mailpiece,] or on the front if space permi[ts.]

1. Article Addressed to:

Will Drake
2320 Jupiter Ct.
Bartlesville, OK 74006

9589 0710 5270 3403 1998 73

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ [Collect] on Delivery
☐ [Collect] on Delivery Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

-R-T-S-  740065008-1N  12/16/25

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

Refused/Return to Sender
Return to Sender
12/13/25
RM

Will Drake
2320 Jupiter Ct.
Bartlesville, OK 74006

CERTIFIED MAIL
9589 0710 5270 3403 1998 73

Retail
RDC 99
74006

U.S. POSTAGE PAID
FCM LG ENV
OWASSO, OK 74055
NOV 29, 2025
$12.42
S2325A500478-1