IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GABRIEL GIDEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-450-JFH-JFJ |
| | ) | |
| OFFICER BILLY MCCALL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT WASHINGTON COUNTY'S**
**OBJECTION TO REPORT AND RECOMMENDATION**

Defendant Washington County, Oklahoma, (hereafter "Defendant") respectfully appears through undersigned counsel and submits its Objection to the Report and Recommendation filed on January 12, 2026. [Dkt. 81]. Defendant agrees with the Report and Recommendation, with the exception of footnote two (2) and paragraph five (5) on page sixteen (16), in which the Magistrate Judge decides not to reach the dispositive issues raised by Defendant in its Motion to Dismiss. [Dkt. 23].

As shown by Defendant's Motion to Dismiss and Reply Brief [Dkt. No. 23 and 37], it is clear from the face of Plaintiff's Complaint that Plaintiff fails to state a claim against "Washington County" and that this Defendant is legally entitled to dismissal with prejudice as a matter of law.[1] It is also clear that under the allegations set out in the Complaint, Plaintiff cannot, even if allowed to amend, state a valid set of facts or claim against Defendant Washington County.

To briefly summarize, Defendant is not a properly named Defendant in this case under Okla. Stat. tit. 19, § 4. Additionally, under Oklahoma law and Tenth Circuit precedent, Counties are simply not liable for the alleged acts of District Attorneys, who are employees only of the State.

---

[1] *See also* Defendant Washington County's Response to Plaintiff's Brief in Support of Preliminary Injunction [Dkt. 29].

Okla. Stat. tit. 19, § 215.30; *Arnold v. McClain*, 926 F.2d 963, 966 (10th Cir. 1991). These are clear and indisputable legal grounds requiring dismissal of Plaintiff's claims against Defendant with prejudice as a matter of law.

Therefore, Defendant Washington County respectfully requests that, prior to issuing the stay under the *Younger* abstention doctrine as recommended in the Report and Recommendation filed on January 12, 2026, this Court should dismiss Plaintiff's claims against Defendant Washington County with prejudice to refiling. [Dkt. 23].

Respectfully submitted,

 s/ Wellon B. Poe
Chris J. Collins, OBA No. 1800
Wellon B. Poe, OBA No. 12440
Clark W. Crapster, OBA No. 22112
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone:     (405) 524-2070
Facsimile:     (405) 524-2078
Email:         cjc@czwlaw.com
               wbp@czwlaw.com
               cwc@czwlaw.com

***ATTORNEYS FOR DEFENDANT***
***WASHINGTON COUNTY***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gabriel Gideon
520 N. Quincy Street
Fredonia, KS 66736

***Plaintiff, pro se***

Michael Lee Carr
McAfee & Taft
2 West 2nd Street, Suite 1100
Williams Center Tower II
Tulsa, OK 74103

***Attorney for Defendant***
  ***The City of Bartlesville, Oklahoma***

Kevin McClure
Tabitha Haney
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Division
313 N.E. 21st Street
Oklahoma City, OK 73105

***Attorneys for Defendant District Attorney***
  ***Will Drake***

 s/ Wellon B. Poe
Wellon B. Poe