IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF OKLAHOMA

F I L E D

MAR 2 3 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

GABRIEL GIDEON,                                )
Plaintiff,                                     )
                                               )
                                               )
v.                                             )    Case No.:25-cv-00450
                                               )
                                               )
BILLY MCCALL, et al                            )
Defendants,                                    )

**NOTICE OF SUPPLEMENTAL AUTHORITY RE: JUDICIAL NOTICE**

Plaintiff respectfully submits this Notice to inform the record on ongoing

developments relevant to previous filings to take Judicial Notice, see *ECF No. 60.*

It has come to the attention of Plaintiff, that the published video of Defendant

Drake's December 5th, 2025 "KWON" interview has been *removed or deleted* from its

previously referenced location on "KWON Bartlesville Radio's" Facebook page.

*12 OK Stat § 2202* requires, specifically Section D, that Courts shall take judicial

notice when a party requests it *and supplies the necessary information.* Because *the*

*requesting party must submit the necessary information*, Plaintiff submits this

nonconventional filing in the form of a USB drive containing the entirety of the

interview, titled "Drake_KWON_Dec_5_2025" in a white envelope labeled Exhibit A.

Plaintiff submits this to properly supplement the record, which is under review, and to

preserve the request itself from complications factually outside the control of the

Plaintiff.

✓ Mail    ___No Cert Svc    ___No Orig Sign
___C/J    ___C/MJ    ___C/Ret'd    ___No Env
___No Cpy's    ✓ No Env/Cpy's    ___O/J    ___O/MJ

The file itself was saved Monday, December 8, 2025, 9:14:20 AM. In support of the authenticity of this submission, Plaintiff attached as "Exhibit B" the December 6th, 2025 article, posted at 5:25 AM, confirming that Defendant Will Drake had appeared on the program the day prior. This article is still available as of this filing. The portion of the interview most relevant to the instant case begins at the 7:00 time mark of the interview approximately, but the entirety of the interview is provided. Plaintiff submits nothing further at this time.

RESPECTFULLY SUBMITTED,

Gabriel Gideon, *Pro Se Plaintiff*
520 N Quincy St., Fredonia, KS 66736
Tel: (620) 870-8675 Email: gabrieltgideon@outlook.com

Back

News

# News



**Washington Co.**

*Posted: Dec 06, 2025 5:25 AM* *Updated: Dec 06, 2025 5:27 AM*

## DA Will Drake Provides Updates on Dog Seizure, McGirt Impacts, and Caseload Challenges



Tom Davis



District Attorney Will Drake joined KWON's *Community Connection* to discuss recent cases, changing laws, and the unique legal landscape in Washington and Nowata counties.

Drake confirmed that dozens of dogs recently seized from a Dewey-area home are now being held at Paws and Claws in Skiatook. The DA's office is working through the forfeiture process, and the animals could be available for adoption in about a week. He encouraged residents interested in helping to contact the shelter.

Drake also outlined the wide scope of his office's responsibilities from prosecuting crimes to advising county officials and managing property forfeitures. He noted that changes to state laws, including upcoming crime reclassifications in January, continue to reshape sentencing and prosecution.

Drake addressed ongoing complexities tied to the *McGirt* ruling, which currently affects only Cherokee Nation citizens in Washington and Nowata counties. He said cross-deputization remains challenging, though the Cherokee Marshals have strengthened coordination in recent years.

Drake said his office strives to resolve cases within a year and urged the public to be patient with inevitable delays. He encouraged residents to report concerns and reach out via the DA Office's Facebook page or email.

# Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

OKLAHOMA

Cover Letter Addressed to the Clerk of Court

Re: Gideon v McCall, 25-cv-00450

Dear Clerk,

Please find enclosed for filing the following documents in the above-referenced matter:

1. NOTICE OF SUPPLEMENTAL AUTHORITY RE: JUDICIAL NOTICE
2. A white envelope labeled "Exhibit A" with a USB Drive inside, containing an mp4 titled "Drake_KWON_Dec_5_2025"

This is intended to supplement ECF No. 60, the Plaintiff's Motion for Judicial Notice.

Respectfully Submitted,

3-15-26

Gabriel Gideon, *Pro Se Plaintiff*
520 N Quincy St., Fredonia, KS 66736
Tel: (620) 870-8675 Email: gabrieltgideon@outlook.com

Case 4:25-cv-00450-JFH-JFJ    Document 85    Filed in USDC ND/OK on 03/23/26    Page 5 of 7



G. Gideon
520 N. Quincy St.
Fredonia, KS 66736

748

7022 2410 0003 4772 7446



Retail

U.S. POSTAGE PAID
FCM LG ENV
INDEPENDENCE, KS 67301
MAR 18, 2026

74103

$11.60

RDC 99

S2324K505611-6

Postmark 3/18/2026
25-CV-450-JFH-JFJ

# FIRST CLASS MAIL

RECEIVED

MAR 2 3 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Court Clerk
333 W. fourth St.
Suite 411
Tulsa, OK 74103





# ITEM NOT IMAGED

☐ CD/DVD
☑ FLASH DRIVE
☐ WALLET DRIVE
☐ OTHER: _____

The above referenced item has not been imaged and may be available at the Court Clerk's Office.