# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GABRIEL GIDEON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:25-cv-00450** |
| | ) | |
| **BILLY MCCALL, et al** | ) | |
| **Defendants,** | ) | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT WILL DRAKE *IN HIS INDIVIDUAL CAPACITY*

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Gabriel Gideon respectfully requests that the Clerk of Court enter default against **Defendant Will Drake** *in his individual capacity.*

In support of this request, Plaintiff states:

1. Defendant Will Drake was properly served with the Summons and Complaint on December 2nd, 2025 at his residence, which was marked REFUSED.

2. Proof of the *refused* service was filed with the Court (See ECF No. 73).

3. Okla. Stat. tit. 12, § 2004 states that service is complete upon tender, regardless of refusal. The Return of Service, showing the envelope stamped *"Refused"* (ECF No. 73) therefore constitutes valid and complete service.

4. Under FRCP 12(a)(1)(A)(i), a defendant must serve an answer or responsive motion within 21 days after being served.

5. Defendant Will Drake's deadline to respond to the Complaint was December 23rd, 2025.

6. As of the date of this filing, Defendant Will Drake has not filed an answer, motion under Rule 12, or any other responsive pleading.

7. Defendant Will Drake has not appeared in this action in his individual capacity, has not filed any responsive pleading in his individual capacity, and is not represented by counsel in his individual capacity in this matter.

8. Plaintiff affirms that Defendant Will Drake is not currently in military service as defined by the Servicemembers Civil Relief Act.

9. Defendant Will Drake is not deployed, or on active duty with any branch of the United States Armed Forces, and is not otherwise covered by the Servicemembers Civil Relief Act.

10. Plaintiff further states that, upon information and belief, Defendant Will Drake is an adult of sound mind, is not known to be incompetent, and is not otherwise legally incapable of defending this lawsuit.

11. Defendant Will Drake has failed to plead or otherwise defend **in his individual capacity**, and no filing on the docket purports to respond to the claims asserted against him personally. A defendant who has not appeared in

the action in the capacity in which he is sued has not "otherwise defended" within the meaning of Rule 55(a).

In addition to this, Plaintiff has filed an affidavit in support of this entry of default to accompany this filing.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Will Drake in his individual capacity pursuant to FRCP 55(a).

RESPECTFULLY SUBMITTED,

Gabriel Gideon, *Pro Se Plaintiff*
520 N Quincy St., Fredonia, KS 66736
Tel: (620) 870-8675 Email: gabrieltgideon@outlook.com