**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **GABRIEL GIDEON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BILLY MCCALL, et al.,**<br><br>**Defendants.** | **Case No. 25-CV-450-JFH-JFJ** |

## MINUTE ORDER

At the direction of Chief Judge John F. Heil, III, it hereby ordered that:

Pursuant to Fed. R. Civ. P. 16(b)(2), the Court finds good cause for delay in entering a scheduling order in this case as there are pending dispositive motions which should first be resolved.

Additionally, the parties are advised that the Court has a significant number of criminal cases awaiting trial due to the decision of the Supreme Court in *McGirt v. United States*, 591 U.S. 894 (2020). Criminal cases must be tried before civil cases, and civil cases will most likely not be tried before a district judge in the foreseeable future. The Court will address pending motions in civil cases as its schedule permits, however, the Court's ability to do so will be subject to the demands of its criminal docket. Pursuant to Fed. R. Civ. P. 73, the parties in a civil case may consent to a proceeding before a magistrate judge, including for dispositive motions and/or a jury or nonjury trial. The AO-85 consent forms are available on the U.S. District Court website. The parties are advised that they are free to withhold consent to proceed before a magistrate judge without any adverse consequences; the parties are reminded of this option only as a possible means of expediting the final resolution of their civil case. The parties are also advised that they may request a settlement conference at any time.

Dated this 20th day of August 2026.

Bonnie Hackler,
Acting Clerk of Court, United States District Court

s/K. Perkins
By: K. Perkins, Deputy Clerk